### In re MARISOL, LLC.

### No. 2008–1094.

United States Court of Appeals,
Federal Circuit.

June 20, 2008.

John Joseph Hall, Law Offices of John Joseph Hall, of Los Angeles, CA, argued for appellant.

Christina J. Hieber, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, VA, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Stephen Walsh, Acting Solicitor, and Thomas V. Shaw, Associate Solicitor.

Before NEWMAN, Circuit Judge, PLAGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.